UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. _____

LORI LEFLER,

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.
_____/

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED
ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441**

Defendant, Midland Credit Management, Inc. ("MCM"), hereby files this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Middle District of Florida the cause of action currently pending in the Circuit Court in and for Hillsborough County, Florida, styled *Lori Lefler v. Midland Credit Management, Inc.*, Case No. 17-CA-000939 on the following grounds:

    1.    This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff, Lori Lefler ("Plaintiff"), originally filed this civil action on or about January 31, 2017, in Circuit Court in and for Hillsborough County, Florida. Plaintiff is seeking monetary damages from the MCM. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as Composite Exhibit "A."

**A.**    **CONSENT TO REMOVAL**

    2.    MCM is the only named Defendant.

**B.      TIMELINESS OF REMOVAL**

3.      MCM was served on February 2, 2017.  Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

**C.      THE VENUE REQUIREMENT IS MET**

4.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending.

**D.      FEDERAL QUESTION AT ISSUE**

5.      Plaintiff alleges purported claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA") and the Telephone Consumer Practices Act, 47 U.S.C. § 227, *et seq*. ("TCPA")  *See* Compl. ¶¶ 50-54 and 33-49, respectively.  Although Plaintiff has also asserted purposed claims under the Florida Consumer Collection Practices Act (FCCPA), see *id*. at ¶¶ 28-32 pursuant to 29 U.S.C. § 1441(c)(1), the entire action may be removed as the action would be removable without the inclusion of the FCCPA claims.

6.      Plaintiff's Complaint is removable to the United States District Court for the Middle District of Florida because the Complaint presents a federal question.  Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."  *See*  28 U.S.C. § 1331.  Plaintiff's claims provide the basis for this Court's jurisdiction as she has brought suit under the laws of the United States.  Accordingly, MCM is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

**E.     NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

7.     Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court in and for Hillsborough County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, MCM requests that the above-styled action now pending against it in the Circuit Court in and for Hillsborough County, Florida, be removed to this Court.

Dated:  February 22, 2017

        HOLLAND & KNIGHT LLP
*Attorneys for Defendant Midland Credit Management, Inc.*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799


By:     *s/ Cory W. Eichhorn*
        Cory W. Eichhorn
        cory.eichhorn@hklaw.com
        Florida Bar No. 576761

        *and*

        *s/ Anthony J. Palermo*
        Anthony J. Palermo
        anthony.palermo@hklaw.com
        Florida Bar No. 98716
        Holland & Knight LLP
        100 N. Tampa Street, Suite 4100
        Tampa, FL 33602
        Telephone: (813) 227-6320
        Facsimile: (813) 229-0134

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2017, I filed the foregoing with the United States District Court, Middle District of Florida, Tampa Division, and served counsel of record identified below either via electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive service electronically.

Christie D. Arkovich, Esq.
cdalaw@tampabay.rr.com
Barbara C. Leon, Esq.
cdalaw5@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 258-2808
cdalaw@christiearkovich.com
cdalaw7@tampabay.rr.com
*Attorneys for Plaintiff*

                                                  *s/ Anthony J. Palermo*
                                                   Anthony J. Palermo